(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Texas** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rosetta, John Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**AKA JM Rosetta; AKA Michael John Rosetta; AKA Michael Rosetta; FDBA Santa Fe Traders; AKA MJ Rosetta; AKA J Michael Rosetta** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-2142** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6104 Elmhurst Dr.**<br>**Amarillo, TX 79106** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Potter** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)     FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Rosetta, John Michael**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ John Michael Rosetta**
Signature of Debtor **John Michael Rosetta**

X _____
Signature of Joint Debtor

Telephone Number ~~xxxxxxxxxxxxxxxxxxxxxxxxxx~~

**October 13, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Van W. Northern**     **October 13, 2005**
Signature of Attorney for Debtor(s)     Date
**Van W. Northern 15101100**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Attorney**

X   **/s/ Van W. Northern**
Signature of Attorney for Debtor(s)
**Van W. Northern 15101100**
Printed Name of Attorney for Debtor(s)
**Northern Law Firm**
Firm Name
**112 W. Eighth, Suite 400
Amarillo, TX 79101**
Address
**806-374-2266  Fax: 806-374-9535**
Telephone Number
**October 13, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**United States Bankruptcy Court**
**Northern District of Texas**

In re **John Michael Rosetta**                                                          Case No.
                              Debtor(s)                                                     Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **1,700.00**

   Prior to the filing of this statement I have received ................................................. $ **1,700.00**

   Balance Due ............................................................................................................. $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. (The hourly fee for such representation shall be $175.00 per hour to be paid out of future wages only. Such normally require a retainer of at least $500.00.)**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 13, 2005**                          **/s/ Van W. Northern**
                                                                          **Van W. Northern 15101100**
                                                                          **Northern Law Firm**
                                                                          **112 W. Eighth, Suite 400**
                                                                          **Amarillo, TX 79101**
                                                                          **806-374-2266    Fax: 806-374-9535**

BTXN 094 (rev. 1/99)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**John Michael Rosetta** § Case No.:
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■  is the first mail matrix in this case.

☐  adds entities not listed on previously filed mailing list(s).

☐  changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **October 13, 2005**     /s/ **John Michael Rosetta**
**John Michael Rosetta**
Signature of Debtor

Date: **October 13, 2005**     /s/ **Van W. Northern**
Signature of Attorney
**Van W. Northern 15101100**
**Northern Law Firm**
**112 W. Eighth, Suite 400**
**Amarillo, TX 79101**
**806-374-2266   Fax: 806-374-9535**

**xxx-xx-2142**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Attorney-In-Charge  
Office of the United States Attorney  
500 S. Taylor, Lobby Box 238  
Amarillo, TX 79101  

Comptroller of Public Accounts  
Taxation Division Bankruptcy  
P.O. Box 12548  
Austin, TX 78711  

Internal Revenue Service  
Special Procedures Branch  
Bankruptcy Section, Mail Code 5020-DAL  
1100 Commerce Street  
Dallas, TX 75242  

Texas Workforce Commission  
101 E. 15th Street  
Austin, TX 78778  

Alliance One Receivables  
7801 Metro Pkwy  
Minneapolis, MN 55425  

Alliance One, Inc.  
P.O. Box 5818  
Trenton, NJ 08638-0818  

American Express  
P.O. Box 297871  
Fort Lauderdale, FL 33329  

Arrow Financial Services  
P.O. Box 1206  
Oaks, PA 19456  

Arrow Financial Services  
7301 N Lincoln Ave.  
Lincolnwood, IL 60712  

Asset Acceptance Corporation  
P.O. Box 2036  
Warren, MI 48090

```
Asset Acceptance Corporation
7027 Miller Rd.
Warren, MI 48092


Atlantic Credit & Financial
P.O. Box 13386
Roanoke, VA 24033


Calvary Portfolio Services
P.O. Box 648
Melville, NY 11747-0648


Calvary Portfolio Services
7 sKYLINE dR., 3rd Flr
Hawthorne, NY 10532


Capital One
P.O. Box 85015
Richmond, VA 23285-5015


Chase
4915 Independence Pkwy.
Tampa, FL 33634


Collect America
1999 Broadway, Ste 2150
Denver, CO 80202


Discover
P.O. Box 15316
Wilmington, DE 19850


First USA
P.O. Box 8650
Wilmington, DE 19899


Fleet Credit Card Services
P.O. Box 84006
Columbus, GA 31908-4006


Foster, Jones, & Mason
10240 NW 46th St.
Fort Lauderdale, FL 33351
```

Great Seneca Financial Corp.
700 King Farm Rd., Ste. 503
Rockville, MD 20850


Gus's Trading Co.
2026 Central Ave. SW
Albuquerque, NM 87104


Household Bank
P.O. Box 98706
Las Vegas, NV 89193


Jay A. Taylor, PC
3311 Richmond Ave., Ste.307
Houston, TX 77098


JC Penny
P.O. Box 981400
El Paso, TX 79998-1400


Midland Credit Management
P.O. Box 939019
San Diego, CA 92193-9019


Midland Credit Management
8875 Aero Dr., Ste. 200
San Diego, CA 92123


Millenium Collection Corp.
P.O. Box 6899
Vero Beach, FL 32961-6899


NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044


Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439


Northland Group, Inc.
7831 Glenroy Rd., 145
Edina, MN 55439

Palms Trading Co.
1504 Lomas Blvd.
Albuquerque, NM 87104


Providian
P.O.Box 9008
Pleasanton, CA 94566


Providian
4940 Johnson Dr.
Pleasanton, CA 94566


Rio Grande Wholesale, Inc.
1902 Central Ave., SW
Albuquerque, NM 87104


Sam Streeter, Atty. At Law
10333 Richmond Ave., #600
Houston, TX 77042


Silver Bird Jewelry
P.O. Box 30844
Albuquerque, NM 87190


Unifund Corp.
11802 Conray Rd., #200
Cincinnati, OH 45249


Universal Fidelity Corp.
P.O. Box 941829
Houston, TX 77094-8829


Universal Fidelity Corp.
1445 Langham Crk.
Houston, TX 77084


Washington Mutual/Providian
4940 Johnson Dr.
Pleasanton, CA 94566